SCHOOL DISTRICT OF FREDERICKTOWN ex rel. FREDERICKTOWN LUMBER COMPANY, Respondent, v. J. F. BEGGS et al., Appellants.

St. Louis Court of Appeals. Submitted on Briefs, February 7, 1910. Opinion Filed February 21, 1910.

SCHOOL DISTRICT OF FREDERICKTOWN EX REL. V. BEGGS, ANTE, FOLLOWED.

Appeal from Madison Circuit Court.—*Hon. Chas. A. Killian*, Judge.

AFFIRMED.

*Tesreau & Chitwood* for appellant.

*Rob't A. Anthony* for respondent.

REYNOLDS, P. J.—The facts of the case, save as to amount and relator, and the condition of the record in this case, are identical with those in No. 11,781, School District of Fredericktown ex rel. Fredericktown Brick Co. v. J. F. Beggs et al

For the reasons there stated, the judgment in this case is affirmed. All concur.